# IN THE SUPREME COURT OF THE STATE OF NEVADA

GEORGE W. LUSTER, JR.,
               Appellant,
      vs.
THE STATE OF NEVADA,
               Respondent.

No. 72772

FILED

JUL 17 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order granting a "motion for decision re: Luster's 06-23-16 motion to set aside Luster's penalty for jury trial of 1st degree murder." Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

Because the district court granted the relief appellant requested in his motion, he is not an aggrieved party. *See* NRS 177.015 (only an aggrieved party may appeal). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. Carolyn Ellsworth, District Judge
       George W. Luster, Jr.
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

17-23611